**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
CARLOS PRADA and
ANAYS MESTRE                                    Case No: 21-14911 LMI
    Debtor.                                          Chapter 13
_____/

**OBJECTION TO CLAIMS ON SHORTENED NOTICE**
*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

    *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor objects to the following claim filed in this case*:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 05 | Miami Dade County | $2,712.50 | Debtor objects to this claim as this stems from businesses that have been closed and therefore no funds are owed. Debtors seek to strike and disallow this claim. |

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

    The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant(s) at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  8/4/2021

    Law Offices of Samir Masri
    901 Ponce De Leon Blvd., Suite 101
    Coral Gables, FL 33134
    Tel (305) 445-3422
    By:     *s/ Samir Masri*
        Samir Masri, Esquire
        FBN: 145513