# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 21-14911-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

CARLOS PRADA
ANAYS MESTRE

DEBTORS_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING
## AND TRUSTEE'S OBJECTION TO EXEMPTIONS

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to **December 01, 2021** at **01:35 pm.** The hearing will be conducted by video conference. For instructions, please refer to the General Procedures for Hearings By Video Conference on the Court's website. To participate in the hearing, you must register for the video conference no later than 3:00 pm one business day before the date of the hearing. To participate, click on the following link or manually enter the following link in a browser: https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and the Trustee's Objection to Exemptions was mailed to those parties listed below on this 16th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy K. Neidich*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY K. NEIDICH, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 279806
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING AND TRUSTEE'S OBJECTION TO EXEMPTIONS
CASE NO.: 21-14911-BKC-LMI

# SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTORS**
CARLOS PRADA
ANAYS MESTRE
7955 SW 110TH ST
MIAMI, FL  33156

**ATTORNEY FOR DEBTORS**
SAMIR MASRI, ESQUIRE
901 PONCE DE LEON BLVD
SUITE 101
CORAL GABLES, FL  33134

**SAMIR MASRI, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.