UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 21-14911-LMI

CHAPTER 13

ANAYS MESTRE AND
CARLOS PRADA,

    Debtors.
_____/

**UNITED STATES OF AMERICA'S RESPONSE
TO DEBTORS' OBJECTION TO CLAIM # 10**

The United States of America, by and through the undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service (the "IRS"), responds to the Debtors' *Objection to Proof of Claim* 10 (the "Objection") and in support thereof states as follows:

1. On May 20, 2021, Anays Mestre and Carlos Prada (the "Debtors") filed their voluntary joint petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On June 29, 2021, the IRS filed proof of claim 10 (the "Claim") comprised of a secured claim in the amount of $98,407.95 and a priority claim in the amount of $5,000.00.

3. On August 4, 2021, the Debtors filed their Objection alleging that the civil penalty amounts listed on the Claim are duplicative and that the Debtors were entitled to a tax refund that would offset their 2019 tax liability. *See* Objection, p. 1.

4. On September 14, 2021, the Debtors' counsel reached out to the undersigned counsel for the IRS regarding the Objection, and on September 16, 2021, the Debtors' counsel was provided with IRS tax transcripts for the Debtors demonstrating the tax liability owed and that the

amounts listed in the claim were not duplicative. The IRS further advised that the assigned IRS insolvency specialist would be amending the Claim to include the deficiency tax liability owed by the Debtors stemming from an IRS audit of the Debtors' 2019 tax return.

5. On September 23, 2021, the IRS filed amended proof of claim 10-2 (the "Amended Claim") comprised of a secured claim in the amount of $98,407.95 and a priority claim in the amount of $986.66.

6. The IRS contends that the Amended Claim is valid as filed and states the correct tax liability for the Debtors. The IRS has further provided the Debtors with their tax transcripts to substantiate the amounts listed in the Amended Claim. As such, the IRS claim should be allowed as filed.

7. Moreover, the Claim was filed in accordance with Rule 3001 of the Federal Rules of Bankruptcy Procedure and, thus, the Claim constitutes *prima facie* evidence of the validity and amount of the claim. Fed. R. Bank. P. 3001(f); *In re Moreno*, 341 B.R. 813, 817 (Bankr. S.D. Fla. 2006) ("A proof of claim that meets the above standard along with the others imposed in Rule 3001, 'shall constitute prima facie evidence of the validity and amount of the claim.'").

8. Further, the Debtor has offered no countervailing evidence that rebuts the *prima facie* validity of the Claim. Thus, the Claim is "strong enough to carry over a mere formal objection without more." *In re Holm*, 931 F.2d 620, 623 (9th Cir. 1991).

9. Accordingly, the Claim should be allowed as filed and the Debtors' Objection should be overruled.

**WHEREFORE**, the IRS requests that the Debtors' Objection to Claim be overruled.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**

**UNITED STATES ATTORNEY**

By: /s/*Raychelle Tasher*
RAYCHELLE TASHER
Assistant United States Attorney
Florida Bar No. 109291
Raychell.Tasher@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (786) 439-3185
Facsimile:   (305) 530 -7139
*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

**21-14911-LMI Notice will be electronically mailed to:**

Christopher Keith Baxter on behalf of Creditor PennyMac Loan Services, LLC
MLGBK@ecf.courtdrive.com

Frederic J Dispigna on behalf of Creditor PennyMac Loan Services, LLC
fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com

David H Haft on behalf of Creditor Jamestown CCP, L.P.
david@dhaftlaw.com, service@dhaftlaw.com

Samir Masri on behalf of Debtor Carlos Prada
masrilaw@aol.com

Samir Masri on behalf of Joint Debtor Anays Mestre
masrilaw@aol.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Raychelle A Tasher on behalf of Creditor United States of America, Dept. of Treasury, Internal Revenue Service
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

            *s/ RAYCHELLE TASHER*
            RAYCHELLE TASHER