**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:
CARLOS PRADA and
ANAYS MESTRE                                         Case No: 21-14911 LMI
    Debtor.                                              Chapter 13
_____/

## NOTICE OF WITHDRAWAL

YOU ARE NOTIFIED that Debtors, CARLOS PRADA and ANAYS MESTRE, by and through undersigned counsel, withdraw Debtor's Objection to Claim 10 with the Department of Treasury Internal Revenue Service [DE 37].

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  30th  day of November 2021 a true and correct copy of the above and foregoing was delivered via ECF to Trustee, Nancy Neidich and to all interested parties.

                                                        Law Offices of Samir Masri
                                                        901 Ponce De Leon Blvd., Suite 101
                                                        Coral Gables, FL 33134
                                                        Tel: (305) 445-3422

                                                        By:   *s/ Samir Masri*
                                                           Samir Masri, Esquire
                                                           FBN: 145513